IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**KARANDA SHEAD**,

    Plaintiff,

v.                                                      No. 2:21-cv-02663-MSN-cgc

**UNITED STATES OF AMERICA**,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13(a), the parties jointly give notice that they have agreed to a settlement in this case.

                                                                        Respectfully submitted,

Kevin G. Ritz
UNITED STATES ATTORNEY                          ROSENBLUM & REISMAN, P.C.

By: /s/ M. Jason Martin                           By: /s/ Jeffrey S. Rosenblum
M. Jason Martin (TN #27404)               Jeffrey S. Rosenblum (TN #13626)
Reagan T. Fondren (TN #24743)           Matthew T. May (TN #25547)
ASSISTANT UNITED STATES ATTORNEYS    6070 Poplar Avenue, Suite 550
UNITED STATES ATTORNEY'S OFFICE       Memphis, Tennessee 38119
WESTERN DISTRICT OF TENNESSEE        (901) 527-9600
167 North Main Street, Suite 800          jeffr@randrfirm.com
Memphis, Tennessee 38103                 matt@randrfirm.com
(901) 544-4231
jason.martin3@usdoj.gov
reagan.fondren@usdoj.gov